1

2                    **UNITED STATES DISTRICT COURT**

3                    **EASTERN DISTRICT OF WASHINGTON**

4

5  RONALD L. WALKUSKI,                    )
                                          )
6           Plaintiff,                    )
                                          )          NO.   CV-10-142-JPH
7       vs.                               )
                                          )          **JUDGMENT IN A**
8  MICHAEL J. ASTRUE,                     )          **CIVIL CASE**
   Commissioner of Social Security,       )
9                                         )
           Defendant.                     )
10                                        )
                                          )
11 _____)

12      **STIPULATION BY THE PARTIES:**

13          The parties have stipulated to the remand of the captioned matter pursuant

14  to sentence four of 42 U.S.C. § 405(g).

15          **IT IS ORDERED AND ADJUDGED** that:

16          The matter is **REMANDED** for additional proceedings pursuant to sentence

17  four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18  **CLOSED.**

19          DATED this 17th day of May, 2011.

20                                           JAMES R. LARSEN
                                             District Court Executive/Clerk

21

22

23                                           by: ___ s/ Karen White_____
                                                    Deputy Clerk

24

25  cc: all counsel

26